UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**SERGIO MURILLO**            **CASE NO. 6:18-CV-01434**

**VERSUS**            **JUDGE JUNEAU**

**BERRY BROS GENERAL CONTRACTORS INC**      **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the Defendant, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the motion to dismiss or, in the alternative, for a more definite statement, filed by Defendant, Berry Brothers General Contractors, Inc., [Rec. Doc. 4], is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 13th day of March, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE