IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SERGIO MURILLO,<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BERRY BROS. GENERAL CONTRACTORS,<br>INC.<br><br>*Defendant*. | Civil Action No. 6:18-CV-01434<br><br>DISTRICT JUDGE JUNEAU<br><br>MAGISTRATE JUDGE WHITEHURST |

**JOINT MOTION TO APPROVE SETTLEMENT
AND DISMISS CASE WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come all parties, Plaintiff Sergio Murillo, individually and on behalf of the other six individuals who filed consents to join this collective action (collectively, "Plaintiffs"), and Defendant, Berry Bros. General Contractors Inc. (Berry Bros.) are pleased to announce they have reached a settlement with respect to this Fair Labor Standards Act (FLSA) case. The parties file this joint motion asking the Court: (1) approve the parties' settlement agreement; and (2) dismiss this lawsuit with prejudice. As more fully set forth in the attached memorandum, the settlement agreement reached by the parties represents a compromise of this litigation that will provide relief to Plaintiffs.

The Parties therefore request the Court approve their settlement agreement and dismiss this lawsuit with prejudice.

Respectfully submitted,

| | |
|---|---|
| **BRUCKNER BURCH PLLC** | **LISKOW & LEWIS PLC** |
| By: /s/ Rex Burch <br> _____ <br> Richard J. (Rex) Burch <br> State Bar No. 24001807 <br> 8 Greenway Plaza, Suite 1500 <br> Houston, TX 77046 <br> 713.877.8788 <br> 713-877-8065 fax <br> rburch@brucknerburch.com | By: /s/ Kindall C. James <br> _____ <br> Thomas J. McGoey II, T.A. (LA #18330) <br> tjmcgoey@liskow.com <br> Kindall C. James (LA #31203) <br> kjames@liskow.com <br><br> 701 Poydras Street, Suite 5000 <br> New Orleans, Louisiana 70139 <br> Telephone: (504) 581-7979 <br> Fax: (504) 556-4108 |
| /s/ Kenneth W. DeJean <br> _____ <br> Kenneth W. DeJean <br> La. Bar No. 4817 <br> **Law Offices of Kenneth W. DeJean** <br> 417 W. University Ave. <br> P.O. Box 4325 <br> Lafayette, LA 70502 <br> Telephone: (337) 235-5294 <br> Telecopier: (337) 235-1095 <br> kwdejean@kwdejean.com | 1001 Fannin Street, Suite 1800 <br> Houston, Texas 77002 <br> Telephone: (713) 651-2900 <br> Fax: (713) 651-2908 <br><br> **ATTORNEYS FOR** <br> **BERRY BROS. GENERAL** <br> **CONTRACTORS INC.** |
| **FITAPELLI & SCHAFFER, LLP** <br> Joseph A. Fitapelli, *admitted pro hac vice* <br> Armando A. Ortiz, *admitted pro hac vice* <br> 28 Liberty Street, 30th Floor <br> New York, New York 10005 <br> Telephone: (212) 300-0375 <br> jfitapelli@fslawfirm.com <br> aortiz@fslawfirm.com <br><br> **ATTORNEYS FOR PLAINTIFFS** | |

## CERTIFICATE OF CONFERENCE

This is a joint motion.

                                            **/s/ Kenneth W. DeJean**
                                            _____
                                            Kenneth W. DeJean

## CERTIFICATE OF SERVICE

On the date stamped above, I served this document via the Court's ECF system.

                                            **/s/ Kenneth W. DeJean**
                                            _____
                                            Kenneth W. DeJean