UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SERGIO MURILLO, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED** | **CASE NO. 6:18-CV-01434** |
| **VERSUS** | **JUDGE JUNEAU** |
| **BERRY BROS. GENERAL CONTRACTORS, INC.** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

**CONSIDERING THE FOREGOING** Joint Motion to Approve Settlement and Dismiss Case with Prejudice, Rec. Doc. 67,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**THUS DONE AND SIGNED** at Lafayette, Louisiana this 11th day of March, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE